IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR250 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVE McKNIGHT, a/k/a STEPHEN B. McKNIGHT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion to extend time for filing objections to presentence investigation report (Filing No. 43), and on the motion to withdraw as counsel (Filing No. 44) filed by Stefanie Martinez. The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) The motion to withdraw as counsel is granted. Stefanie Martinez is deemed withdrawn as counsel for defendant Steve McKnight.

2) Jessica P. Douglas, 1001 Farnam Street, Third Floor, Omaha, Nebraska, 68102, is appointed to represent defendant McKnight.

3) The motion to extend time for filing objections to presentence investigation report is granted; counsel shall have until January 27, 2012, to file such objections

DATED this 19th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court